1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  SPECIALIZED LOAN SERVICING, LLC

8

9                 UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

11

| | |
|---|---|
| ANDREW DIERSSEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:13-cv-01161-KJM-KJN<br><br>**ORDER DISSOLVING JUNE 12, 2013 TEMPORARY RESTRAINING ORDER**<br><br>Judge:　Hon. Kimberly J. Mueller<br>Crtrm.:　3, 15th Floor |

On June 10, 2013, Plaintiff Andrew Dierssen ("Plaintiff") filed a Complaint initiating the above-captioned action in the United States District Court, Eastern District of California, Sacramento Division.  (ECF Doc. No. 1.)

On June 11, 2013, Plaintiff filed an Ex Parte Application for Temporary Restraining Order. The hearing on Plaintiff's Ex Parte Application was scheduled for June 12, 2013.  (ECF Doc. No. 5.)

On June 12, 2013, the Court granted Plaintiff's Ex Parte Application and issued a Temporary Restraining Order "temporarily enjoin[ing] [Defendants] from conducting the sale of the home located at 30 Lido Circle, Sacramento, California, APN 079-0382-009-0000."  (Order,

11989.0000/2770447.1                               1

ECF Doc. No. 11.)  The Court further ordered that a hearing on Plaintiff's Motion for Preliminary Injunction would be held on June 20, 2013.  (*Id.*)

On June 17, 2013, Defendant Specialized Loan Servicing, LLC ("Defendant") filed its Opposition to Plaintiff's Motion for Preliminary Injunction.  (ECF Doc. Nos. 12, 13.)

On June 19, 2013, Plaintiff filed a Notice of Withdrawal of Motion for Preliminary Injunction.  (ECF Doc. No. 16.)  Also on June 19, 2013, the Court issued a Minute Order vacating the motion hearing scheduled for June 20, 2013.

In light of Plaintiff's withdrawal of the Motion for Preliminary Injunction, and good cause appearing, IT IS HEREBY ORDERED THAT,

The June 12, 2013 Temporary Restraining Order (ECF Doc. No. 11.) is hereby DISSOLVED, effective immediately.

IT IS SO ORDERED.

DATED:  June 20, 2013.

_____
UNITED STATES DISTRICT JUDGE